**AMBER A. BAYLOR**
California State Bar No. 248196
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
Email: Amber_Baylor@fd.org

Attorneys for Mr. Ramirez-Chavez

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE BARBARA L. MAJOR)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 07MJ2875-BLM |
| Plaintiff, ) | |
| v. ) | **NOTICE OF APPEARANCE** |
| JORGE RAMIREZ-CHAVEZ, ) | |
| Defendant. ) | |

Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Amber A. Baylor, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney in the above-captioned case.

Respectfully submitted,

Dated: December 18, 2007       s/ *Amber Baylor*
**AMBER BAYLOR**
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Ramirez-Chavez
Amber_Baylor@fd.org

# CERTIFICATE OF SERVICE

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Courtesy Copy to Chambers

Copy to Assistant U.S. Attorney via ECF NEF

Dated:  December 18, 2007                          /s/  *Amber Baylor*
                                                                **AMBER BAYLOR**
                                                                Federal Defenders of San Diego, Inc.
                                                                225 Broadway, Suite 900
                                                                San Diego, CA  92101-5030
                                                                (619) 234-8467  (tel)
                                                                (619) 687-2666  (fax)
                                                                E-mail: Amber_Baylor@fd.org